IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CLYDE CRAWFORD, et al,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION 11-0521-KD-M |
| ) | |
| **BP AMERICA PRODUCTION** ) | |
| **COMPANY, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

This action is before the Court on the unopposed motion and incorporated memorandum for extension of time to file responsive pleadings filed by defendant Danos & Curole Staffing, LLC's (Danos) (doc. 6), the unopposed motion for extension of time in which to respond to the complaint filed by defendants BP America Production Company, Ed Thompson, Darryl (nln), Jeff Johnson, Joseph Lobo, and Charlotte Thompson (doc. 7), and the unopposed motion for extension of time in which to respond to the complaint filed by defendants' Parsons Corporation, Dennis Berg, Danny Black, Michael Allen, Michael English, Brandy Buxton, Phil Payne, Michael Epps, Leigh Barnes, and Marsha Davidson (doc. 8).

The movants seek to extend their current deadlines until seven (7) days after a ruling on the plaintiffs' motion to remand (doc. 2). Upon consideration, the unopposed motions are GRANTED and defendants shall file their answer or responsive pleading on or before seven (7) days after a ruling on the motion to remand.

DONE and ORDERED this 16th day of September, 2011.

                                                      s/ Kristi K. DuBose
                                                      KRISTI K. DuBOSE
                                                      UNITED STATES DISTRICT JUDGE